IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SIPE; R. DAVID NEW; ACCESS NOW, INC., a not-for-profit corporation,<br><br>   Plaintiffs,<br><br> v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>   Defendant. | LEAD CASE NO. 2:16-cv-124-AJS<br>Case No. 2:16-cv-00314-AJS |

## NOTICE OF SETTLEMENT

 COME NOW Plaintiffs Michelle Sipe, R. David New and Access Now, Inc., by and through their undersigned counsel, and hereby advise this Honorable Court of the settlement of this action. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: May 18, 2016             Respectfully Submitted,

                       */s/ Benjamin J. Sweet*_____
                       R. Bruce Carlson (PA56657)
                       bcarlson@carlsonlynch.com
                       Benjamin J. Sweet (PA87338)
                       bsweet@carlsonlynch.com
                       Stephanie Goldin (PA202865)
                       sgoldin@carlsonlynch.com
                       CARLSON LYNCH SWEET &
                         KILPELA LLP
                       1133 Penn Avenue
                       5th Floor
                       Pittsburgh, PA 15222
                       www.carlsonlynch.com
                       (p)  412 322-9243
                       (f)  412 231-0246

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on this 18th day of May, 2016.

*/s/ Benjamin J. Sweet*