### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SIPE and JILL GROSS ) | |
| ) | |
| Plaintiffs, ) | LEAD CASE NO. 2:16-cv-124-AJS |
| ) | Case No. 2:16-cv-00164-AJS |
| v. ) | |
| ) | |
| DECKERS OUTDOOR CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs Michelle Sipe and Jill Gross, by and through their undersigned counsel, and hereby advise this Honorable Court of the settlement of this action. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: May 18, 2016                                     Respectfully Submitted,

/s/ Benjamin J. Sweet_____
R. Bruce Carlson (PA56657)
bcarlson@carlsonlynch.com
Benjamin J. Sweet (PA87338)
bsweet@carlsonlynch.com
Stephanie Goldin (PA202865)
sgoldin@carlsonlynch.com
CARLSON LYNCH SWEET &
    KILPELA LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
www.carlsonlynch.com
(p)  412 322-9243
(f)  412 231-0246

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on this 18th day of May, 2016.

*/s/ Benjamin J. Sweet*
