**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEBRA ROZEAR and MICHELLE SIPE, | ) | |
| | ) | |
| Plaintiffs, | ) | LEAD CASE NO. 2:16-cv-124-AJS |
| vs. | ) | Civil Action No. 2:16–cv–00250-AJS |
| | ) | |
| SALLY BEAUTY HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL AND LIMITED RETENTION OF JURISDICTION**

Plaintiffs, Debra Rozear and Michelle Sipe, and Defendant, Sally Beauty Holdings, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate that:

1.      On April 18, 2016, this action was ordered DISMISSED, without prejudice, pending the completion of the parties' settlement, with the Court to retain jurisdiction over the parties and the action for the sole purpose of, and for the time period required for, enforcement of the settlement to be completed;

2.      The parties, having completed their settlement, now agree and request that this action be ordered DISMISSED, with prejudice, and with the Court to retain jurisdiction over the parties and the action for the sole purpose of, and for only the time period required for, enforcement of the parties' settlement entered into and effective as of May 12, 2016; and

3.      Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,


*/s/ Benjamin J. Sweet*
R. Bruce Carlson, Esq.
Benjamin J. Sweet, Esq.
Stephanie K. Goldin, Esq.
**Carlson Lynch Sweet & Kilpela, LLC**
Henry W. Oliver Building
113 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

*Attorneys for Plaintiffs*

*/s/ Jennifer G. Betts*
Jennifer G. Betts, Esq.
**Ogletree, Deakins, Nash, Smoak
 & Stewart, P.C.**
One PPG Place, Suite 1900
Pittsburgh, PA 15222
Telephone: (412) 394-3333

*Attorneys for Defendant*


24525861.1

24887340.1